Matthew Heaven

11247 SE 258th PL APT D311

Kent, WA 98030

☎ (505) 500-5452

✉ matthew.heaven@usa.com

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW HEAVEN,<br>      Plaintiff,<br><br>v.<br><br>JOHN DOE 1, FBI Supervisor;<br>JOHN DOE 2, FBI Agent;<br>JOHN DOE 3, FBI Technician;<br>JOHN DOE 4, FBI Psych-Ops Contractor;<br>JOHN DOE 5, Unknown FBI Personnel;<br>      Defendants. | Case: 1:25−cv−02076<br>Assigned To : Unassigned<br>Assign. Date : 4/21/2025<br>Description: Pro Se Gen. Civil   (F-Deck) |

## VERIFIED COMPLAINT

**PLAINTIFF Matthew Heaven brings this complaint for monetary damages against Defendants:**

**JOHN DOE 1**, FBI Supervisor (Leadership);

**JOHN DOE 2**, FBI Agent (Vehicle Tampering/Attempted Murder);

**JOHN DOE 3**, FBI Technician (Evidence Suppression);

**JOHN DOE 4**, FBI Psych-Ops Contractor (Psychological & Physical Harm);

**JOHN DOE 5**, Unknown FBI Personnel;

**for:**

- **Violations of the Fourth Amendment** (unreasonable seizure via vehicle tampering);
- **Violations of the Fifth Amendment** (deprivation of liberty without due process through fabricated evidence);
- **D.C. Tort Law** (assault, battery, intentional infliction of emotional distress).

## JURISDICTIONAL ALLEGATIONS

1.   This is an action for money damages in excess of Five Billion United States Dollars for violation of civil rights and harm suffered as a result of Defendants' unlawful conduct.

2. At all times material to this lawsuit, Plaintiff Matthew Heaven resided in Montana and Washington State.

3. JOHN DOE 1, an FBI Supervisor, is alleged to have acted in a leadership role in the conspiracy;

JOHN DOE 2, an FBI Agent, is alleged to have engaged in vehicle tampering and attempted murder;

JOHN DOE 3, an FBI Technician, is alleged to have participated in the suppression of evidence;

JOHN DOE 4, an FBI Psychological Operations Contractor, is alleged to have inflicted psychological and physical harm; and

JOHN DOE 5 is also named as a defendant.

4. Each of the aforementioned Defendants is sued in their individual capacities for actions taken outside the scope of their lawful authority and, upon information and belief, was at all relevant times employed by, or acting under the authority of, the United States Department of Justice and the Federal Bureau of Investigation—agencies headquartered in Washington, D.C. All acts and omissions giving rise to this action occurred within the jurisdiction of the United States District Court for the District of Columbia, and venue is proper in this Court.

5. This Court has jurisdiction, this action arises under the Constitution and laws of the United States. Plaintiff brings claims pursuant to Bivens v. Six

Unknown Named Agents, 403 U.S. 388 (1971), which permits a cause of action against federal officers in their individual capacities for constitutional violations.

## GENERAL FACTUAL ALLEGATIONS

**2021**

6.  Before Plaintiff's visit to the United States, he made significant efforts to destroy *The Billion Dollar Scam* presented in BBC World Service Documentaries, which had defrauded entire Europe, Canada, and parts of Eastern countries.

7.  With utmost respect to the United States Government, Plaintiff arrived in the United States on July 26, 2021.

8.  Plaintiff respectfully contacted Federal Bureau of Investigation and provided important information for its database, including crypto wallets, forex platforms with locations, and intelligence on international individuals, among them Sergey Detistov, who is listed on the FBI Most Wanted list.

9.  Instead of receiving questions about Sergey Detistov on December 5, 2021, Plaintiff experienced physical harm, falsified records from a nonexistent car accident—A D M I T T E D on December 1 of 2023, that there was no car accident but an FBI operation.

10. It has been created so inadequately, so immoral, unwise, and detrimental to both physical and emotional health.

11. The FBI employs individuals who possess the ability to achieve results that exceed that particular instance.

# 2022

12. The FBI Agents engaged individuals to exert pressure on Plaintiff, directing his attention towards other matters.

13. This move appeared to be an effort to divert attention from the circumstances surrounding the car accident and the email sent on November 17, 2021 about MOST wanted Sergey Detistov.

14. With decades of excellent experience, the FBI Agents made a calculated decision to fabricate records against young Plaintiff, who endured significant physical and emotional suffering while defending people globally against Forex Fraud.

15. The primary objective was to create records asserting that Plaintiff was an incompetent driver.

16. Despite being a humble young immigrant with little understanding of the FBI's operations, including their propensity to fabricate narratives—Plaintiff Matthew Heaven maintained his humility, all while the FBI Agents conducted surveillance on him.

17. I N V E S T I G A T I O N was conducted into all matters, the show created on December 5 of 2021, was a FATAL mistake resulting in Plaintiff sustaining physical and emotional damages.

18. FBI Agents sent individual to Plaintiff who informed him 'we help you, but you will help us'.

19. In the fall of 2022, An IT specialist from the FBI gained unauthorized access to Matthew's phone and hacked it. This was precipitated by a single screenshot in Matthew's possession of an email sent to jason.grende@ic.fbi.gov on November 17, 2021, which contained a complaint and pertinent information regarding Detistov. As a result, Plaintiff experienced emotional distress such as he lost all data from the phone.

20. Plaintiff filed first winnable lawsuit and NOT BY ACCIDENT The case number is DV-1117.

# 2023

21. At sometime in 2023, Defendant Matthew Heaven engaged in a telephone conversation with retired Sheriff Nick Kenen, during which Sheriff Kenen referenced sodium thiopental in connection with the events that occurred on December 5, 2021.

22. FBI agents orchestrated Plaintiff's civil lawsuit of $20 million while simultaneously developing a contingency plan intended to be deployed if their initial scheme failed.

23. Plaintiff demonstrated humility and was known for his community contributions, as well as his dedication to studying the legal system.

24. In 2023 Plaintiff left a voicemail for FBI Agent Jacob Furda, stating he observed something significant in Spokane, WA, which appeared to pertain to the FBI's backup plan.

25. Plaintiff maintained a Google Drive folder titled 'Exhibits' containing materials relevant to a $20 million civil lawsuit that FBI agents managed.

26. A photograph showing Plaintiff's right hand wound post-surgery was placed in the folder as Exhibit 29.

27. At the end of July 2023, Plaintiff underwent his final surgery to remove all remaining scars, these scars resulted from a severe dog attack on March 18, 2020, which caused seven significant scars on both of his hands.

28. With full access to Plaintiff's devices, it was arranged such that Plaintiff found only one suitable residence option at Kent, WA 98042 (Strava.com: Dated August 9, 2023).

29. On August 10, 2023, Plaintiff woke up, his stitches had come apart, causing three scars from a prior removal at the end of July 2023 to enlarge.

30. Within a few days, large and extremely painful pimples developed under both of Plaintiff's armpits, Plaintiff then arrived at HealthPoint in Kent, WA, for his scheduled appointment, where he waited approximately 50 minutes to see a doctor.

31. The actions constituted a highly unethical falsification, involving physical harm to Plaintiff and undoubtedly causing emotional distress, Plaintiff never had any chronic illness.

32.  The FBI acted in this manner because the scars that were removed were not supposed to be covered by insurance, or they intended to constitute physical harm for the purpose of a lawsuit.

33.  On December 1, 2023, Plaintiff attended DEFENSIVE DRIVING SCHOOL in Kent, WA to take the Driving Knowledge Test.

34.  FBI used individuals previously in 2022, 6 times Falsified driving records, observing Plaintiff's humility, they began some fun, teacher Rick noted that Plaintiff had made 17 mistakes.

35.  On December 1, following this falsification, Plaintiff stated via text message that he would need to involve the Sheriff during the next scheduled Knowledge Test.

36.  On December 17, 2023, Plaintiff emailed FBI Agent Jason Grende to express his appreciation for the Bureau's great work and to request contact with a FBI representative in Washington, D.C.

37.  The following day, individuals associated with the FBI initiated a backup plan involving the intimidation of Plaintiff, the use of third parties, and the fabrications.

# 2024

38.  The Bureau's personnel attempted to organize certain newly obtained driving records.

39. Retired Sheriff Nick Kenen warned Plaintiff that any disclosure of information pertaining to Sergey Detistov would lead to serious repercussions.

40. FBI personnel engaged in aggressive conduct aimed at discrediting the Plaintiff, including the use people, unauthorized surveillance or hacking techniques to fabricate and disseminate false narratives.

41. Plaintiff frequently experienced severe sleep deprivation and intimidation.

42. On March 3, 2024, Plaintiff uploaded a screenshot depicting Sergey Detistov to their Google Drive account.

43. It appears that the Department of Justice Office of the Inspector General did not receive any complaints submitted electronically between March and August of 2024.

44. On March 18, 2024, individuals acting on behalf of the FBI intentionally orchestrated a trap targeting Plaintiff.

45. As a direct and proximate result of this deliberate act, Plaintiff sustained new scarring.

46. The following day, FBI's individual identifying himself as Egor Semenov posted a profile photo of a dog wearing a balaclava on his Telegram account, accompanied by a message to Plaintiff stating, "No one cares about morality as you think; FBI has algorithms, period!"

47. While Plaintiff awaited a response from the Department of Justice Office of the Inspector General, Defendants directed individuals to instill fear in him and continue creating false records.

48. The FBI manipulated a $20 million civil lawsuit under its control, purportedly in response to Plaintiff's expression of gratitude in an email sent to FBI Agent Jason Grende on December 17, 2023.

49. On June 12, 2024, while Plaintiff was calling the FBI Headquarters, an individual began knocking mega aggressively on the door of Plaintiff's residence, Unit D311, displaying extreme hostility and seemingly intending to cause distress and fear to Plaintiff and his family.

50. Rather than contacting Plaintiff, the objective was to instill fear in him.

51. Defendants consistently created inconveniences for Plaintiff, additionally, the Defendants used more individuals and expended substantial resources and funds to intimidate Plaintiff and fabricate records.

52. It is clear that the request to contact someone from Washington, D.C. was intended to address previously falsified records, however, Plaintiff experienced intimidations and falsifications, which were not detected by the DOJ Office of the Inspector General despite electronic complaints.

53. Defendants have previously used symbolism behind dates and numbers, such as the number 17 or the DV-1117 case number.

54. Plaintiff's passport concludes with the numerals 22.

55. On or about December 22, 2024, Defendants conspired to stage a vehicle collision intended to result in Plaintiff's death.

56. Defendants maliciously tampered with Plaintiff's vehicle, installing unauthorized remote access technology to commandeer its control systems while Plaintiff operated the vehicle.

57. This was not a mere cover-up of prior misconduct but a deliberate attempt to murder Plaintiff.

58. Defendants intended to orchestrate a fatal outcome under the guise of an accident.

**2025**

### AS A PROXIMATE RESULT:

59. Plaintiff, an international human rights advocate who provided the FBI with verified intelligence on transnational crimes (fraud linked to FBI Most Wanted suspect Sergey Detistov), suffered the following harms due to Defendants' unconstitutional acts:

- Physical Harm: Injuries from vehicle tampering.
- Falsified Evidence: Fabricated driving/medical/judicial records.
- Cyber Intrusion: Unauthorized device access under 18 U.S.C. § 1030.
- Psychological Torture: Threats, surveillance for use of physical harm by using sophisticated tricks.

These actions, perpetrated by Defendants John Doe 1–5 under color of federal law, violated Plaintiff's Fourth Amendment right to bodily integrity and Fifth Amendment due process rights.

CLAIMS FOR RELIEF

COUNT 1: BIVENS (5TH AMENDMENT DUE PROCESS)

62. Defendants conspired to fabricate evidence (fake car accident, falsified medical/driving records) to deprive Plaintiff of liberty without due process.

COUNT 2: BIVENS (4TH AMENDMENT SEIZURE)

63. Vehicle tampering constituted an unreasonable seizure under *Browder v. City of Albuquerque*, 787 F.3d 1076 (10th Cir. 2015).

COUNT 3: ASSAULT/BATTERY (D.C. CODE §§ 22-401, 22-404)

64. Defendants' intentional acts (vehicle sabotage, surgical interference) caused physical harm.

COUNT 4: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

65. Psychological operations (e.g., threats, surveillance) meet the "extreme and outrageous" standard under *Homan v. Goyal*, 711 A.2d 812 (D.C. 1998).

WHEREFORE, Plaintiff Matthew Heaven respectfully moves this Honorable Court to:

Award compensatory damages against Defendants John Doe 1–5, jointly and severally, for physical injuries, emotional distress, and financial harm caused by their unconstitutional acts.

Award punitive damages against Defendants John Doe 1–5 for their malicious intent to harm Plaintiff.

Grant any further relief this Court deems just.

RESPECTFULLY SUBMITTED this 11 day of April 2025

*Matthew Heaven*

Matthew Heaven, Plaintiff